# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRAVIS CLINTON COLEMAN,

        Plaintiff,

v.

SNOHOMISH COUNTY CORRECTIONS,

        Defendant.

Case No. C18-0158-MJP

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted; and

/ / /

/ / /

/ / /

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this _20th_ day of November, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2